EEOC Form 5 (11/09)

RECEIVED MAR 29 2017 EEOC-CLFO

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: <br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>532-2017-00819 |
|---|---|---|

_____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Mrs. Traci Hartnett-Mercado | Home Phone (Incl. Area Code)<br>(216) 244-5636 | Date of Birth<br>4/16/1963 |
|---|---|---|
| Street Address<br>3565 Warren Rd. | City, State and ZIP Code<br>Cleveland, OH 44111 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name<br>City of Cleveland | No. Employees, Members<br>8000+ | Phone No. (Incl. Area Code)<br>(216) 664-2800 |
|---|---|---|
| Street Address<br>601 Lakeside Ave., Rm. 106 | City, State and ZIP Code<br>Cleveland, OH 44114 | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE ☐ COLOR ☒ SEX ☒ RELIGION ☐ NATIONAL ORIGIN<br>☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest: xx/xx/13   Latest: 3/xx/17<br>☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have been employed by the City of Cleveland since 7/2/93. I was hired as an Engineering and Construction Inspector. I was promoted to Chief Inspector on 5/23/14 and was assigned to report to Khalil Ewais (Ewais), who is Muslim.

Since day one of my reporting to Ewais, he systematically rejected my work requests and approved my (all male) subordinates when they make the same work requests. This disparate treatment has continued through the present.

In addition, Louis Griggs (who reports to Ewais) has been sexually harassing me continuously from March 2013 through the present. This sexual harassment occurred at work, on my phone and at my home. Griggs would invade my personal space, would tell me he loved me and that I would make a good wife for him, and he even came to my house on at least three occasions stalking me. Ewais and Rick Switalski (Bureau Manager) were made aware of all of these events and they have never taken any action against Griggs. In fact, these events have systematically escalated since I complained (retaliation). Switalski and Ewais responded to my complaints of sexual harassment against Griggs by saying "that's just the way he (Griggs) is."

These discriminatory actions against me by Griggs constituted sexual harassment; the discriminatory actions by Ewais are motivated by his religious beliefs (Muslim) and his gender; and I have made the City of Cleveland aware of all of these complaints numerous times with no corrective action taken.

I believe I have been retaliated against and discriminated against due to my gender and Ewais' religious views in violation of the 1964 Civil Rights Act, as Amended (Title VII).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 3/27/2017   *signature*<br>Date / Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EXHIBIT A