EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 532-2018-00389 |

and EEOC

| State or local Agency, If any | | |
|---|---|---|

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Traci Hartnett Mercado | (216) 244-5636 | 4-16-63 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3565 Warren Rd.   Cleveland, Ohio 44101 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| City of Cleveland | 8000 + | (216) 664-2800 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 601 Lakeside Avenue, Cleveland, Ohio 44114 | | |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 6/xx/17 | Current |

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On or about 3-31-17 I filed EEOC charge 532-2017-00819 claiming sex, retaliation and religious discrimination. Since then, Director Matthew Spronz, Bureau Administrator Richard Switalski and Section Chief Khalil Ewais have retaliated against me since my filing of the aforementioned charge by removing me from my supervisor duties for the last four or so months. For 8 years I have interviewed all inspectors for hire until Switalski and Ewais stripped those and other duties from me without cause. I have been called "paranoid" by Ewais since I filed the aforementioned charge. On 10/23/17 Spronz circulated an e-mail memo that Lou Griggs (who had previously stalked, intimidated , and sexually harassed me—see aforementioned charge) would be returning to my workspace (Room 518), despite the fact that Griggs had been previously ordered to stay out of my workspace. After my attorney wrote a cease and desist letter on 10/25/17 Spronz backed off this order and now on 11/21/17 Spronz again issued an order that Griggs would be assigned to my workspace (Room 518) by the end of the year. I have also been disciplined for questioning policies and procedures to Cleveland's new city owned phone contract on 11/27/17. Two other male co-workers complained exactly the same as I did on the same exact issues and they received no discipline at all, in spite of the fact that I told Switalski that he was treating the men differently and better than me, and that that was discriminatory.

In addition, Ewais has screamed at me when I complained about Griggs harassing me on an ongoing basis. Ewais would raise his hand to me each time and say "I don't have time for this shit." Recently on 10/20/17 in front of a group of 14 staff members Ewais screamed and swore directly at me . It is important to know that I am the only female that has ever held the position of Chief Inspector since it was established.

I have been discriminated against in violation of Title VII due to my gender and in retaliation for my having engaged in protected activity.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the above is true and correct. | SIGNATURE OF COMPLAINANT |
| 11/27/17 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date          Charging Party Signature | |

**EXHIBIT**

B